IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                                  CASE NO. 09-40974TLH4

PAFFORD, TERRY DEWAYNE
PAFFORD, CARRIE RENEE                                CHAPTER 7

        Debtor(s)
_____/

# NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
# IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 6 | Outdoor America Images Inc<br>4545 W. Hillsborough<br>Tampa, FL 33614 | $90.74 |
| 16 | Florida Public Utitlities<br>Attn: J. Petty, 401 S. Dixie Hwy<br>West Palm Beach, FL 33401 | $5.89 |

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Outdoor America Images Inc
4545 W. Hillsborough
Tampa, FL 33614

Florida Public Utitlities
Attn: J. Petty, 401 S. Dixie Hwy
West Palm Beach, FL 33401


Dated: 9/23/2011                                                                     /s/ Theresa M. Bender